UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                CASE NO. 14-40619-KKS
                                                      CHAPTER 7
WACHOB, MARY FRANCES
WACHOB, NATHAN HARVEY,

    Debtor(s).
_____/

## TRUSTEE'S REPORT OF SALE (re Doc. 101)

**COMES NOW** Mary W. Colón, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1. On 04/09/18, the Trustee noticed her intention to sell property of the estate as described in said Notice of Intent to Sell Real Property (Doc. 101), *with negative notice,* and Motion to Sell Real Property Free and Clear of All Liens, Encumbrances, and Interests (Doc. 102).

2. The Trustee received no objections to the sale.

3. A hearing was held on 05/24/18.

4. An Order Granting Motion to Sell was issued on 05/29/18 (Doc. 107).

5. Accordingly, the Trustee hereby acknowledges the consummation of each sale to the purchaser(s) with any and all appropriate documents having been delivered to the purchaser(s). A copy of the Settlement Statement is attached as Exhibit "A".

6. The Trustee further acknowledges that the sum of $63,646.70 has been deposited into the Estate's account.

**DATED**: June 18, 2018.

/s/ Mary W. Colón
MARY W. COLÓN
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Telephone: (850) 241-0144
Fax: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to: Mary Frances Wachob, 9890 N Loop Rd, Apt 311, Pensacola, FL 32507-7220; Nathan Harvey Wachob, 3550 Esplanade Way Apt 6105,

Pensacola, FL 32507-7220; Allen Turnage, Esq., Law Office Of Allen P. Turnage, P.O. Box 15219, Tallahassee, FL 32317 on June 18, 2018.

/s/ Mary W. Colón
MARY W. COLÓN



| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1.☐ FHA   2.☐ RHS   3.☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4.☐ VA    5.☐ Conv. Ins. | 36048002 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Deas Brothers Farms, Inc.<br>4502 NW 20th Drive<br>Jennings, FL 32053 | Mary W. Colon as Trustee under Case:<br>Mary Frances Wachob, et al | NONE |

| G. Property Location | H. Settlement Agent |
|---|---|
| 60 acres, District 4<br>Hamilton County, FL | COLEMAN TALLEY LLP |

| | Place of Settlement<br>910 N. PATTERSON STREET<br>VALDOSTA, GEORGIA 31601 | I. Settlement Date<br>06/15/18<br>DD: 06/15/18 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 65,000.00 | 401. Contract sales price | 65,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 1,772.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes           to | | 406. City/town taxes           to | |
| 107. County taxes              to | | 407. County taxes              to | |
| 108. Assessments               to | | 408. Assessments               to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 66,772.25 | 420. GROSS AMOUNT DUE TO SELLER | 65,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 3,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 287.22 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 939.26 |
| | | Hancock/Whitney Bank | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes           to | | 510. City/town taxes           to | |
| 211. County taxes   01/01/18 to 06/15/18 | 126.82 | 511. County taxes   01/01/18 to 06/15/18 | 126.82 |
| 212. Assessments               to | | 512. Assessments               to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 3,126.82 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 1,353.30 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 66,772.25 | 601. Gross amount due to seller (line 420) | 65,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 3,126.82 | 602. Less reduction amount due to seller (line 520) | 1,353.30 |
| 303. CASH          FROM          BORROWER | 63,645.43 | 603. CASH          TO          SELLER | 63,646.70 |

EXHIBIT "A"



- 05-31-2018 at 9:56 AM                                                                                                                             form HUD-1 (3/86) ref Handbook 4305.2

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | | PAGE 2 |
|---|---|---|---|---|
| L. SETTLEMENT CHARGES: | | File Number: 36048002 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ | @ = | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ to | | | |
| 702. | $ to | | | |
| 703. | Commission paid at Settlement | | | |
| 704. | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. | Loan Origination Fee % | | | |
| 802. | Loan Discount % | | | |
| 803. | Appraisal fee to | | | |
| 804. | Credit report to | | | |
| 805. | Lender's inspection fee to | | | |
| 806. | Administration Fee to | | | |
| 807. | Flood Determination Fee to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. | Interest from to @$ /day | | | |
| 902. | Mortgage insurance premium to | | | |
| 903. | Hazard insurance premium yrs. to | | | |
| 904. | Property Ad Valorem Taxes  Hamilton County Tax Collector | | | 287.22 |
| 905. | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. | Homeowner's insurance mo. @$ / mo. | | | |
| 1002. | Mortgage insurance mo. @$ / mo. | | | |
| 1003. | City property taxes mo. @$ / mo. | | | |
| 1004. | County property taxes mo. @$ / mo. | | | |
| 1005. | Annual Assessments mo. @$ / mo. | | | |
| 1006. | mo. @$ / mo. | | | |
| 1007. | mo. @$ / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | |
| 1100. | TITLE CHARGES | | | |
| 1101. | Settlement or closing fee to | | | |
| 1102. | Abstract or title search to Coleman Talley fbo First American Title Insurance | | 125.00 | |
| 1103. | Title examination to COLEMAN TALLEY LLP | | 150.00 | |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to COLEMAN TALLEY LLP | | 200.00 | |
| 1106. | Copy, Courier, Fax, Overnight, Etcto | | | |
| 1107. | Attorney's fees to COLEMAN TALLEY LLP | | 450.00 | |
| | (includes above item No: ) | | | |
| 1108. | Title insurance to COLEMAN TALLEY LLP | | 373.75 | |
| | (includes above item No: ) | | | |
| 1109. | Lender's coverage | | | |
| 1110. | Owner's coverage  65,000.00 --- 373.75 | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. | Recording fees Deed $ 18.50 ; Mortgage $ ; Releases $ | | 18.50 | |
| 1202. | City/county/stamps Deed $ ; Mortgage $ | | | |
| 1203. | State tax/stamps Deed $ ; Mortgage $ | | | |
| 1204. | Documentary Tax | | 455.00 | |
| 1205. | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | Survey to | | | |
| 1302. | Pest inspection to | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES  (enter on lines 103 and 502, Sections J and K) | | 1,772.25 | 287.22 |



- 05-31-2018 at 9:56 AM                                                form HUD-1 (3/86) ref Handbook 4305.2

## ACKNOWLEDGEMENT AND RECEIPT OF SETTLEMENT STATEMENT
## NON-RESIDENTIAL CLOSING

LENDER: **Cash**  DATE: June 15, 2018

BUYER(S): **Deas Brothers Farms, Inc.**

AGENT FILE: 36048002

SELLER(S): Mary W. Colon, as Trustee under Bankruptcy Case No. 14-40619-KKS in the United States Bankruptcy Court, Northern District of Florida for Mary Frances Wachob and Nathan Harvey Wachob

PROPERTY ADDRESS: 60 acres, District 4, Hamilton County, FL

Seller and Buyer understand that Coleman Talley, LLP has assembled the information reflected on the Closing Statement from the best information available from other sources as reflected in the invoices and statements attached hereto and made a part hereof, and cannot guarantee the accuracy thereof.

Any real estate agent or lender involved may be furnished a copy of this statement.

Seller and Buyer understand that tax and insurance prorations and reserves may have been based on figures for the preceding year or may have been supplied by others, or may be estimates for the current year. No adjustments will be made.

The undersigned hereby authorize Coleman Talley, LLP to make expenditures and disbursements as shown above and approve the same for payment.

The undersigned also acknowledge receipt of a copy of this Statement.

Buyer (s):                                                          Seller (s)

**Deas Brothers Farms, Inc.**

By: _____              By: _____
       **Damon B. Deas, President**                          Mary W. Colon as Trustee under Case
                                                             No. 14-40619-KKS United States
                                                             Bankruptcy Court, Northern District
                                                             of Florida for Mary Frances Wachob
                                                             and Nathan Harvey Wachob

By: _____
       **Settlement Agent**

[2412699/1]